**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

vs.  **CASE NO: 8:23-cr-298-TPB-TGW**

**ALLAN GOMEZ-ZALAYA**
_____/

**NOTICE OF APPEARANCE**

COMES NOW, Jason M. Mayberry, attorney for the Defendant, Allan Gomez-Zalaya, and hereby enters this Notice of Appearance on his behalf in the above-captioned cause.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing to Elizabeth Warren, Clerk of the Court, U.S. District Court, Middle District of Florida, located at U.S. Courthouse, 801 N. Florida Ave., #223, Tampa, FL 33602-3800, and that e-mail notification of this filing will be sent to all interested persons on this 20th day of September, 2023.

MAYBERRY LAW FIRM
Attorney for the Defendant
402 E 7th Ave
Tampa, FL 33602
Ph-813-444-7435
Jason@mayberryfirm.com

/ S / *Jason M. Mayberry*
Jason M. Mayberry
Florida Bar No. 36212