**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:23-cr-298-TPB-TGW | DATE: October 16, 2023 |
|---|---|
| **HONORABLE SEAN P. FLYNN** | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ALLEN OSEAS GOMEZ-ZALAYA (1)** | **GOVERNMENT COUNSEL**<br>Chris Murray, AUSA<br><br>**DEFENDANT COUNSEL**<br>Jason Mayberry, ret. |
| **COURT REPORTER:** Digital | **DEPUTY CLERK:** Eric Calderon |
| **TIME:** 10:35 – 10:37 a.m.<br>**TOTAL:** 2 minutes | **COURTROOM:** 11B |

**PROCEEDINGS:**   FIRST STATUS CONFERENCE

Government will provide discovery this week.  Defense requests time to review discovery and concurs with government's recommendation regarding January status.

Defendants' oral motion to continue trial – GRANTED. The Court finds that the ends of justice are served by such a continuance and outweigh the best interest of the public and the defendants in a speedy trial and the time is deemed excludable through 1/30/204.

Speedy Trial Waived through:     9/25/2024 (Doc. 24)

Next Status Conference:          January 22, 2024, at 9:30 a.m.