UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:23-cr-298-TPB-TGW

ALLAN OSEAS GOMEZ-ZELAYA

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States moves pursuant to Local Rule 3.08 to continue the sentencing hearing in this case to a date in December 2024 or later.

### MEMORANDUM OF LAW

1. The defendant, Allan Oseas Gomez-Zelaya, pleaded guilty to one count of Aggravated Identity Theft pursuant to a plea agreement with a cooperation provision. As a part of his cooperation, the defendant agreed to testify on behalf of the State of Florida in a significant case pending in Pinellas County against Juan Molina-Salles. Molina-Salles is charged in connection with the death of Pinellas County Sheriff's Deputy Michael Hartwick. The trial of Molina-Salles is scheduled for November 2024.

2. Gomez-Zelaya is an essential witness for the State of Florida. Continuing his federal sentencing until after the trial of Molina-Salles would permit Gomez-Zelaya to complete his cooperation prior to sentencing. It would also simply the logistical aspects of Gomez-Zelaya's cooperation by keeping him detained in the Middle District of Florida through the trial of Molina-Salles.

3. Counsel for the defendant do not oppose this motion and agree that it would be in the defendant's best interest to complete his cooperation prior to sentencing.

4. Local Rule 3.08 provides that a party must timely move for a continuance and explain in detail the reason a continuance is warranted and the effort to resolve any scheduling conflict. A continuance is warranted to assist the State of Florida with a significant prosecution involving the death of a law-enforcement officer.

WHEREFORE, the government respectfully requests that sentencing be continued to December 2024 or later.

                                        Respectfully submitted,

                                        ROGER B. HANDBERG
                                        United States Attorney

By:   */s/ Christopher F. Murray*
       Christopher F. Murray
       Assistant United States Attorney
       United States Attorney No. 095
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Christopher.Murray@usdoj.gov

U.S. v. Gomez-Zelaya                                    Case No. 8:23-cr-298-TPB-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jason M. Mayberry
Hunter H. Chamberlin
Attorneys for the defendant

>                                         */s/ Christopher F. Murray*
>                                         Christopher F. Murray
>                                         Assistant United States Attorney
>                                         United States Attorney No. 095
>                                         400 N. Tampa St., Ste. 3200
>                                         Tampa, FL 33602-4798
>                                         Telephone: (813) 274-6000
>                                         Facsimile: (813) 274-6358
>                                         E-mail: Christopher.Murray@usdoj.gov,

4