UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 8:23-cr-298-TPB-TGW

ALLAN OSEAS GOMEZ-ZELAYA

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

The United States moves pursuant to Local Rule 3.08 to continue the sentencing hearing in this case to a date in April 2025 or later.

MEMORANDUM OF LAW

1.  The defendant, Allan Oseas Gomez-Zelaya, pleaded guilty to one count of Aggravated Identity Theft pursuant to a plea agreement with a cooperation provision. As a part of his cooperation, the defendant agreed to testify on behalf of the State of Florida in a significant case pending in Pinellas County against Juan Molina-Salles. Molina-Salles is charged in connection with the death of Pinellas County Sheriff's Deputy Michael Hartwick.

2.  The Court previously continued sentencing in anticipation of a November 2024 trial date for Molina-Salles. The Molina-Salles trial was recently continued to March 2025.

3.  Gomez-Zelaya is an essential witness for the State of Florida. Continuing his federal sentencing until after the trial of Molina-Salles would permit Gomez-Zelaya to complete his cooperation prior to sentencing. It would also

simply the logistical aspects of Gomez-Zelaya's cooperation by keeping him detained in the Middle District of Florida through the trial of Molina-Salles.

4. Counsel for the defendant do not oppose this motion and agree that it would be in the defendant's best interest to complete his cooperation prior to sentencing.

5. Local Rule 3.08 provides that a party must timely move for a continuance and explain in detail the reason a continuance is warranted and the effort to resolve any scheduling conflict. A continuance is warranted to assist the State of Florida with a significant prosecution involving the death of a law-enforcement officer.

WHEREFORE, the government respectfully requests that sentencing be continued to April 2025 or later.

                                    Respectfully submitted,

                                    ROGER B. HANDBERG
                                  United States Attorney

By:   */s/ Christopher F. Murray*
       Christopher F. Murray
       Assistant United States Attorney
       United States Attorney No. 095
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Christopher.Murray@usdoj.gov

U.S. v. Gomez-Zelaya                                        Case No. 8:23-cr-298-TPB-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Jason M. Mayberry
    Hunter H. Chamberlin
    Attorneys for the defendant

                                            */s/ Christopher F. Murray*
                                            Christopher F. Murray
                                            Assistant United States Attorney
                                            United States Attorney No. 095
                                            400 N. Tampa St., Ste. 3200
                                            Tampa, FL 33602-4798
                                            Telephone: (813) 274-6000
                                            Facsimile: (813) 274-6358
                                            E-mail: Christopher.Murray@usdoj.gov