UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:23-cr-298-TPB-TGW

ALLAN OSEAS GOMEZ-ZELAYA

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a one-level reduction in the defendant's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, the defendant provided truthful and timely information to the United States and the State Attorney's Office for Florida's Sixth Judicial Circuit. The United States believes that, because of his efforts on behalf of the United States and the State Attorney, the defendant should receive a one-level reduction in his offense level for his assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                        Respectfully submitted,

                        GREGORY W. KEHOE
                        United States Attorney

By    */s/ Christopher F. Murray*
        Christopher F. Murray
        Assistant United States Attorney
        United States Attorney No. 095
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: christopher.murray@usdoj.gov

U.S. v. Allan Gomez-Zelaya                                Case No. 8:23-cr-TPB-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jason Mayberry, Esq.

<em>/s/ Christopher F. Murray</em><br>
Christopher F. Murray<br>
Assistant United States Attorney<br>
United States Attorney No. 095<br>
400 N. Tampa St., Ste. 3200<br>
Tampa, FL 33602-4798<br>
Telephone: (813) 274-6000<br>
Facsimile: (813) 274-6358<br>
E-mail: christopher.murray@usdoj.gov